IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50347
Summary Calendar
_____


DOYLE LEE HITT,

                              Petitioner-Appellant,

versus


WAYNE SCOTT, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,

                              Respondent-Appellee.



- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-94-CA-57
- - - - - - - - - -
November 17, 1995
Before KING, SMITH and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appellant appeals from the district court's order denying his petition for a writ of habeas corpus.  He argues that he was denied due process because the trial judge had not completed a training program regarding child abuse cases; that the child-victim, Brian Hitt, was not competent to testify; that he was

---

[*]    Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

denied his Sixth Amendment confrontation rights because the prosecutor blocked his view of Brian during direct examination; that he was denied due process because Helen Bevers was permitted to testify although she was not on the prosecution's witness list; that there was insufficient evidence to support his conviction; that he was denied due process because the jury charge did not track the indictment; that the prosecutor made improper arguments during his closing argument; that he was improperly denied the opportunity to request probation; that he was improperly denied an opportunity to present the testimony of his expert witness; that Brady material was withheld; and that the prosecution failed to comply with the plea agreement.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm for essentially the reasons given by the district court.  Hitt v. Scott, No. W-94-CA-057 (W.D. Tex. Apr. 18, 1995).

AFFIRMED.